# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **Elena Vorice** | **PLAINTIFF** |
| v. | No. 3:19-cv-848-BJB-RSE |
| **BellSouth Telecommunications, LLC, et al.** | **DEFENDANTS** |

## FINAL JUDGMENT

In light of the Court's Order and Opinion (DN 31) granting Defendants' motions to dismiss (DN 13, 23), the Court dismisses this case and strikes it from the Court's active docket. This is a final order.

cc: Counsel of record

Benjamin Beaton, District Judge
United States District Court

December 28, 2021